

1  MARTIN J. LAWLER (CSBN 77127)
   MAXINE D. BAYLEY (DCBN 490710)
2      Lawler & Lawler
       201 Filbert Street, Suite 400
3      San Francisco, California 94133
       Telephone: (415) 391-2010
4      FAX: (415) 781-6181
       Email: mlawler@aboutvisas.com
5          mbayley@aboutvisas.com

6  Attorneys for Plaintiff

7

8

**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  Ganesh A. Vishwanath                     )
                                            )
11  Plaintiff,                              )    Civil No.           4 4 2 0
                                            )
12                                          )
13      v.                                  )    File No. A75-653-217
                                            )    WSC*001445380    **MMC**
14  Rosemary Melville, District Director,   )
    U.S. Citizenship & Immigration Services,)
15                                          )
    Dr. Emilio T. Gonzalez, Director,       )    COMPLAINT FOR DECLARATORY
16  U.S. Citizenship & Immigration Services,)    JUDGMENT OF NATURALIZATION
                                            )    UNDER 8 USC §§1447(b) and 1421(c)
17  Michael Chertoff, Secretary             )    AND WRIT OF MANDAMUS
18  U.S. Department of Homeland Security     )
                                            )
19  Alberto Gonzales, Attorney General      )
20  U.S. Department of Justice,             )
                                            )
21  Robert Mueller, Director,               )
    Federal Bureau of Investigations,       )
22                                          )
23  Defendants.                             )
                                            )

24

25      **COMPLAINT FOR DECLARATORY JUDGMENT OF NATURALIZATION AND**
26                          **WRIT OF MANDAMUS**

27      Plaintiff, by and through undersigned counsel, brings this complaint against Defendants, and

28  alleges as follows:

Complaint for Declaratory Judgment
and Wit of Mandamus                 Page 1

1. Plaintiff is an individual and resident of the United States who resides in the jurisdiction of this Court. Plaintiff's claim to naturalization arises under 8 USC §1447(b) and 8 USC §1421(c).

2. Defendant Rosemary Melville is the District Director of the U.S. Citizenship & Immigration Service's ("USCIS") San Francisco District office, and is sued herein in her official capacity. Defendant is charged by law with the obligation of adjudicating naturalization applications within the San Francisco USCIS District pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.3.

3. Defendant Emilio T. Gonzalez, Director of USCIS, is an officer who oversees the activities of USCIS and is sued herein in his official capacity. Defendant is charged by law with the obligation of adjudicating naturalization applications pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.2.

4. Defendant Michael Chertoff, Secretary of the Department of Homeland Security, is the officer who oversees the activities of USCIS. He is charged by law with the obligation of adjudicating applications for permanent residence.

5. Defendant Alberto Gonzales, U.S. Attorney General, is an officer who oversees the activities of the FBI and is sued herein in his official capacity. Defendant is charged by law with the obligation of providing information for naturalization applications filed with the USCIS District pursuant to 8 USC §1421, 8 USC §1427, 8 CFR §103.1, 8 CFR §310.1 and 8 CFR §316.2.

6. Defendant Robert Mueller, Director of the Federal Bureau of Investigation ("FBI"). The FBI is the agency currently charged with "clearing" aliens for immigration benefits. The USCIS

Complaint for Declaratory Judgment
and Writ of Mandamus                    Page 2

regularly attributes its delays to the FBI. The Special Agent in Charge of the San Francisco office may be served at his office in San Francisco, California.

7. Jurisdiction in this case is proper pursuant to 8 USC §§1447(b) and 1421(c), 28 USC §§2201, and 8 CFR §310.5. Jurisdiction in this case is also provided pursuant to 28 USC §§1331 and 1361 and 5 USC §§555(b) and 706(i).

8. Venue is proper in this court pursuant to 28 USC §1391(e) which provides that a civil action against an officer or employee of the United States or any agency of the United States may be brought in the judicial district where the plaintiff resides. Plaintiff is a resident of the Northern District of California. USCIS, the Department of Justice, and the FBI are agencies operating within this district. Plaintiff was interviewed in Defendant USCIS's San Francisco District Office.

9. Plaintiff is a lawful permanent resident of the United States. He is a software engineer at Cisco Systems. Plaintiff's Declaration detailing the facts presented here is attached as Exhibit A.

10. Plaintiff filed an application for naturalization which was received by the USCIS on January 31, 2006. The receipt for filing the application, dated February 8, 2006, is attached as Exhibit B.

11. Soon after filing the naturalization application, Plaintiff was fingerprinted by Defendants on March 2, 2006 in Oakland, California. The fingerprint worksheet is at Exhibit C.

12. Plaintiff was interviewed by USCIS at its offices in San Francisco, California on January 31, 2006. The immigration officer who conducted Plaintiff's interview issued a form to Plaintiff at the conclusion of the interview stating that Plaintiff "passed the tests of English and US history and government" but that a decision to refer his application for swearing in could not be made until the FBI name check was completed. Answering the Plaintiff's question, the officer

Complaint for Declaratory Judgment
and Writ of Mandamus                 Page 3

stated that the Plaintiff may call USCIS to inquire in to the status of his application. A copy of the USCIS form Plaintiff received at the interview is at Exhibit D.

13. Plaintiff has followed up with the Defendant by visiting the USCIS office in San Francisco on October 27, 2006 and by sending a written inquiry to which USCIS replied on May 7, 2007. The USCIS appointment notice is at Exhibit E and the May 7, 2007 letter is at Exhibit F.

14. On information and belief, Plaintiff's application for naturalization remains pending for the receipt of an FBI name check.

15. Despite eligibility for naturalization, Plaintiff's application remains unadjudicated and it may remain undecided for years. Defendants have had all the information required to obtain a security clearance for Plaintiff since his application was filed over one and a half years ago. Defendants' refusal to act is arbitrary, willful and unreasonable and prejudicial to Plaintiff.

16. Plaintiff has a right to have Defendant adjudicate his application, and Defendant's failure to do so has denied Plaintiff's his rights under 8 USC §1421 and 8 USC §1447.

17. Plaintiff has been and will continue to be damaged by Defendants' failure to act. As a foreign national, the Plaintiff is not eligible for a U.S. passport. To travel internationally for work he must apply for visas to enter these countries which often takes considerable time and limits his ability to travel on short notice for his employer, Cisco. These restrictions compromise his working efficiency.

18. Plaintiff wants to be securely settled in the United States and continue to work efficiently. He wants to be able to vote and participate in other normal activities available only to U.S. Citizens.

Complaint for Declaratory Judgment
and Writ of Mandamus          Page 4

19. Plaintiff continues to suffer emotionally because of the working restrictions and inability to become a U.S. citizen.

20. Defendants' inaction represents a denial of Plaintiff's application, and this Court may review the matter *de novo* under 8 USC §1421(c) and §1447(b).

21. Plaintiff has exhausted his administrative remedies.

20. Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHERFORE, Plaintiff prays that:

22. The Court will hear Plaintiff's case and render a declaratory judgment requiring Defendants to complete the FBI name check and declare that he is entitled to be naturalized and naturalize him.

23. In the alternative, remand this matter with instructions to USCIS to complete the adjudication of Plaintiff's application within 45 days, and if this is not accomplished, resume jurisdiction and set a hearing.

24. The Court grant Plaintiff reasonable attorney's fees and such further relief as may be just, lawful and equitable.

DATED: August 24, 2007                    Respectfully submitted,

MARTIN J. LAWLER

Complaint for Declaratory Judgment
and Writ of Mandamus                    Page 5

1  MARTIN J. LAWLER (CSBN 77127)
   MAXINE D. BAYLEY (DCBN 490710)
2     Lawler & Lawler
      201 Filbert Street, Suite 400
3     San Francisco, California 94133
      Telephone: (415) 391-2010
4     FAX: (415) 781-6181
      Email: mlawler@aboutvisas.com
5         mbayley@aboutvisas.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  Ganesh A. Vishwanath                )
                                        )
12  Plaintiff,                          )    Civil No.
                                        )
13      v.                              )    File No. A75-653-217
                                        )    WSC*001445380
14                                      )
    Rosemary Melville, District Director, )
15  U.S. Citizenship & Immigration Services, )
                                        )
16  Dr. Emilio T. Gonzalez, Director,   )    CERTIFICATE OF INTERESTED
17  U.S. Citizenship & Immigration Services, )  ENTITIES OR PERSONS
                                        )
18  Michael Chertoff, Secretary         )
19  U.S. Department of Homeland Security )
                                        )
20  Alberto Gonzales, Attorney General  )
    U.S. Department of Justice,         )
21                                      )
22  Robert Mueller, Director,           )
    Federal Bureau of Investigations,   )
23                                      )
    Defendants.                         )
24  _____  )

25

26

27

28

    CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
                                   [-1-]

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

Respectfully submitted,

DATED: August 24, 2007

MARTIN J. LAWLER

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
[-2-]

**EXHIBIT A**

# Declaration

I, Ganesh Vishwanath, hereby declare as follows:

1.  I reside at 34367 Tupelo Street, Fremont, California 94551. I am a citizen of India and a
    permanent resident of the United States.

2.  I make this Declaration in support of an action for declaratory judgment by which I hope
    to finally obtain my citizenship.

3.  I became a permanent resident of the United States on September 25, 2000. I work as a
    software engineering manager at Cisco Systems.

4.  On January 31, 2006, I applied for naturalization with the U.S. Citizenship and
    Immigration Services ("USCIS"). As instructed by USCIS, I had my fingerprints taken
    at the Application Support Center in Oakland, California on March 2, 2006.

5.  On May 31, 2006, I was interviewed at the USCIS offices in San Francisco. At the
    interview, the officer told me that I had passed the government civics, US history and
    English language tests, but that a decision to refer my appointment for swearing in could
    not be made until the FBI name check was received.

6.  I made two inquiries on my naturalization, one in person at the San Francisco office of
    the USCIS on October 27, 2006 and a written inquiry. The USCIS response to my
    inquiring on my case, dated May 7, 2007, indicates that my application is still pending
    the completion of the security check despite the fact that my application remains pending
    more than 120 days after the interview.

7.    Although I have done everything the government requested, my application remains
      undecided. Based on the information I was given by USCIS, the reason for the delay in
      deciding my application is that the name check has not been completed.

8.    I want to be a U.S. citizen so I can fully participate in a professional and civic life by
      voting and to enjoy all the freedom and privileges citizenship brings. In particular, as
      citizen of India, I must obtain visas to visit many countries and this can cause
      considerable time and I cannot travel for work on short notice. I wish to fully enjoy the
      freedom provided by the U.S. Constitution including voting, which I can only do as a
      U.S. citizen.

9.    I feel powerless to do anything to get the government to decide my application. The
      government has unreasonably delayed my application. The delay of my naturalization
      continues to cause me stress and anxiety as it brings problems for my work.


      Everything in this declaration is true and correct.


      8/20/2007                                    _____

      Date                                         Ganesh A. Vishwanath

**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Servi

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE February 08, 2006 |
|---|---|---|---|
| **CASE TYPE** N400    Application For Naturalization | | | **INS A#** A 075 653 217 |
| **APPLICATION NUMBER** WSC*001445380 | **RECEIVED DATE** January 31, 2006 | **PRIORITY DATE** January 31, 2006 | **PAGE** 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | |
|---|---|
| GANESH ALAMELUMANGAPURAM VISHWANATH 34367 TUPELO ST FREMONT CA 94555 | PAYMENT INFORMATION: Single Application Fee:        $400.00 Total Amount Received:     $400.00 Total Balance Due:            $0.00 |

ldudubldublubl

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:                September 27, 1970
Address Where You Live:   34367 TUPELO ST
                              FREMONT CA 94555

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

USCIS.gov

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC$001552838

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 01/31/05) N

**EXHIBIT  C**

Department of Homeland Security
U.S. Citizenship and Immigration Servi

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| Fingerprint Notification | | | **NOTICE DATE** February 10, 2006 |
| **CASE TYPE** N400    Application For Naturalization | | | **INS A#** A 075 653 217 |
| **APPLICATION NUMBER** WSC*001445380 | **RECEIVED DATE** January 31, 2006 | **PRIORITY DATE** January 31, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

GANESH ALAMELUMANGAPURAM VISHWANATH
34367 TUPELO ST
FREMONT CA  94555

Ilulahlslslslslsls

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| INS OAKLAND 2040 TELEGRAPH AVE. OAKLAND CA 94612 | 03/02/2006 09:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

**APPLICATION NUMBER**
WSC*001445380

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**EXHIBIT  D**

U.S. Department of Justice
Immigration and Naturalization Service

**Naturalization Interview Results**

A#: _A 075 653 217_

On _____, you were interviewed by INS officer _____.

☒ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was
waived.
☐ The Service has accepted your request for a Disability Exception. You are exempted from the
requirement to demonstrate English language ability and/or a knowledge of U.S. history and
government.

☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read /
_____ write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and
government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S.
history and government. You will not be rescheduled for another interview for this N-400. INS will
send you a written decision about your application.

**A)**_____ **Congratulations! Your application has been recommended for approval.** At this time, it
appears that you have established your eligibility for naturalization. If final approval is granted, you will
be notified when and where to report for the Oath Ceremony.

**B)**___ **A decision cannot yet be made about your application.**

**It is very important that you:**
✓ Notify INS if you change your address.
✓ Come to any scheduled interview.
✓ Submit all requested documents.
✓ Send any questions about this application in writing to the officer named above. Include your full
name, A-number, and a copy of this paper.
✓ Go to any oath ceremony that you are scheduled to attend.
✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath
ceremony. Include a copy of this paper and a copy of the scheduling notice.

PENDING FOR
SECURITY CHECKS

N-652 (Rev. 12/7/99) Y

**EXHIBIT E**



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Ganesh Alamelumangapuram Vishwanath**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-06-45725

**Authentication Code:** 17cfc

**Appointment Date:** **October 27, 2006**

**Appointment Time:** **12:45 PM**

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

## This is your Confirmation Number:



`*SFR-06-45725*`

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### *35525*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.**

**EXHIBIT F**





**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

Monday, May 7, 2007

GANESH VISHWANATH
34367 TUPELO STREET
FREMONT CA 94555

Dear GANESH VISHWANATH:

On 05/04/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | VISHWANATH, GANESH |
| **Your USCIS Account Number (A-number):** | A075653217 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

1   MARTIN J. LAWLER (CSBN 77127)
    MAXINE D. BAYLEY (DCBN 490710)
2       Lawler & Lawler
        201 Filbert Street, Suite 400
3       San Francisco, California 94133
        Telephone: (415) 391-2010
4       FAX: (415) 781-6181
        Email: mlawler@aboutvisas.com
5           mbayley@aboutvisas.com

6   Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    Ganesh A. Vishwanath                  )
11                                        )
    Plaintiff,                            )    Civil No.
12                                        )
                                          )
13      v.                                )    File No. A75-653-217
                                          )    WSC*001445380
14  Rosemary Melville, District Director, )
    U.S. Citizenship & Immigration Services, )
15                                        )
                                          )
16  Dr. Emilio T. Gonzalez, Director,     )    CERTIFICATE OF SERVICE
    U.S. Citizenship & Immigration Services, )
17                                        )
    Michael Chertoff, Secretary           )
18  U.S. Department of Homeland Security  )
                                          )
19                                        )
    Alberto Gonzales, Attorney General    )
20  U.S. Department of Justice,           )
                                          )
21                                        )
    Robert Mueller, Director,             )
22  Federal Bureau of Investigations,     )
                                          )
23  Defendants.                           )
    _____)
24

25

26

27

28
    Certificate of Service

                                Page 1

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that she is an employee of Lawler & Lawler, is a person

3

of such age and discretion to be competent to serve legal papers, and that she is causing a true

4

5     copy of the following **Complaint for Declaratory Judgment of Naturalization** and all attached

6     documents to be served on this date, via certified U.S. mail, postage pre-paid to the parties as

7     addressed below:

8
        Edward Olsen, AUSA                    Alberto Gonzales, U.S. Attorney General
9       U.S. Department of Justice            U.S. Department of Justice
        450 Golden Gate Ave                   950 Pennsylvania Ave., NW
10      10th Floor, Box 36055            Washington, DC 20530-0001
        San Francisco, CA 94102
11
        Rosemary Melville, Director           Emilio T. Gonzalez, Director
12      USCIS                                 U.S. Citizenship & Immigration Services
        San Francisco Dist. Office            20 Massachusetts Ave., NW
13      630 Sansome St.                       Washington, DC 20529
        San Francisco, CA 94111
14
        Michael Chertoff, Director            Robert Mueller, Director
15      U.S. Dept. of Homeland Security       Federal Bureau of Investigation (FBI)
        Washington, DC 20528                  J. Edgar Hoover Building
16                                            935 Pennsylvania Ave., NW
                                              Washington, DC 20535-0001
17

18

19    DATED: August 24, 2007                  Respectfully submitted,

20

21

22                                            MAXINE BAYLEY

23

24

25

26

27

28

Certificate of Service