AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/29/07 |
| Name of SERVER  Maxine Bayley | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Summons and copies of the complaint and all initiating documents were served by U.S. certified mail, postage pre-paid to the following on August 29, 2007: Alberto Gonzales, US Attorney General U.S. Dept. of Justice 950 Pennsylvania Ave., NW Washington, DC 20530-0001; Rosemary Melville, Director USCIS San Francisco Dist. Office 630 Sansome St. San Francisco, CA 94111; Emilio T. Gonzalez, Director USCIS 20 Massachussetts Ave., NW Washington, DC 20529; Michael Chertoff, Director, US Dept. of Homeland Security Washington, DC 20528; Robert Mueller, Director Federal Bureau of INvestigation J. Edgar Hoover Building 935 Pennsylvania Ave., NW Washington, DC 20535-0001. Copies were also served to Defendants' attorney to Edward Olsen, AUSA, U.S. Dept. of Justice 450 GOlden Gate Ave., 10th Floor, Box 36055 San Francisco, CA 94102.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/07
Date

Signature of Server
LAWLER & LAWLER
201 Filbert Street, Suite 4
San Francisco, CA 94133
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure