1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6   Telephone: (415) 436-6730
FAX: (415) 436-6927

7
Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 GANESH A. VISHWANATH,                    )
                                           )   No. C 07-4420 MMC
13              Plaintiff,                  )
                                           )
14         v.                              )
                                           )   **STIPULATION TO DISMISS; AND**
15 ROSEMARY MELVILLE, District Director,   )   **[PROPOSED] ORDER**
U.S. Citizenship and Immigration Services, )
16 DR. EMILIO T. GONZALEZ, Director,       )
U.S. Citizenship and Immigration Services; )
17 MICHAEL CHERTOFF, Secretary,            )
U.S. Department of Homeland Security;      )
18 ALBERTO GONZALES, Attorney General,     )
U.S. Department of Justice;                )
19 ROBERT MUELLER, Director,               )
Federal Bureau of Investigations,         )
20                                         )
                Defendants.                )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27 ///

28 ///

Stipulation to Dismiss
C07-4420 MMC                          1

1    Each of the parties shall bear their own costs and fees.

2

3   Dated: October 10, 2007                    Respectfully submitted,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5

6                                              _____/s/_____
7                                              MELANIE L. PROCTOR
                                               Assistant United States Attorney
8                                              Attorneys for Defendants

9

10
    Dated: October 10, 2007                    _____/s/ /s/_____
11                                             MARTIN J. LAWLER
                                               MAXINE D. BAYLEY
12                                             Attorneys for Plaintiff

13

14
                                   **ORDER**
15
         Pursuant to stipulation, IT IS SO ORDERED.
16

17

18   Date:                                     _____
19                                             MAXINE M. CHESNEY
                                               United States District Judge
20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4420 MMC                    2