SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GANESH A. VISHWANATH, ) | No. C 07-4420 MMC |
|              Plaintiff, ) | |
|           v. ) | **STIPULATION TO DISMISS; ORDER THEREON** |
| ROSEMARY MELVILLE, District Director, ) U.S. Citizenship and Immigration Services, ) DR. EMILIO T. GONZALEZ, Director, ) U.S. Citizenship and Immigration Services; ) MICHAEL CHERTOFF, Secretary, ) U.S. Department of Homeland Security; ) ALBERTO GONZALES, Attorney General, ) U.S. Department of Justice; ) ROBERT MUELLER, Director, ) Federal Bureau of Investigations, ) | |
|             Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C07-4420 MMC                                        1

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: October 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Dated: October 10, 2007

/s/
MARTIN J. LAWLER
MAXINE D. BAYLEY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 11, 2007

MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C07-4420 MMC                               2